1268

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST McWILLIAMS, Appellant. (Appeal No. 2.) [851 NYS2d 55]— Appeal from a resentence of the Supreme Court, Monroe County (Joseph D. Valentino, J.), rendered November 16, 2004. Defendant was resentenced to a five-year period of postrelease supervision upon his conviction of criminal possession of a weapon in the third degree.

It is hereby ordered that the resentence so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Smith, Fahey, Peradotto and Pine, JJ.